IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CONNIE L. JACKSON,** *on behalf of herself*
*and all similarly situation individuals,*

        **Plaintiff,**

   **v.**                                      Civil Action No. 3:24cv572

**TRANS UNION LLC,**

        **Defendant.**

## ORDER

This matter comes before the Court on Plaintiff Connie L. Jackson and Defendant Trans Union, LLC's ("Trans Union") (collectively, the "Parties") Joint Motion for Entry of Consent Transfer Order (the "Motion to Transfer"). (ECF No. 14.) On November 21, 2024, Trans Union filed a Motion to Strike Class Allegations and Dismiss for Improper Venue (the "Motion to Dismiss"). (ECF No. 10.) In support of their Motion to Transfer, the Parties jointly state that this Court can and should transfer this case "to the United States District Court for the Western District of North Carolina—Charlotte Division" pursuant to 28 U.S.C. §§ 1404(a)[1] and 1406(a).[2] (ECF No. 15, at 1.)

Upon due consideration, because all Parties consent, and pursuant 28 U.S.C. §§ 1404(a) and 1406(a), the Court GRANTS the Motion to Transfer. (ECF No. 14.) The Court ORDERS

---

[1] In relevant part, 28 U.S.C. § 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

[2] In relevant part, 28 U.S.C. § 1406(a) provides: "The district court of a district in which is filed a case laying venue in the wrong division or district . . . if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

that this case be transferred to the United States District Court for the Western District of North Carolina—Charlotte Division.

As a result, the following two motions are DEEMED MOOT: (1) Trans Union's Motion to Dismiss, (ECF No. 10); (2) Ms. Jackson's Consent Motion for Extension of Time, (ECF No. 12).

It is SO ORDERED.

Date: 12/11/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge